## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CRISP LOGISTICS, LLC,<br>    Plaintiff,<br>            v.<br>TIME VIEW, LLC, *et al.*,<br>    Defendants. | Civil Action No.<br>1:22-cv-00335-SDG |

## ORDER

This matter is before the Court on submission of its November 7, 2022 Order granting Attorney Taylor L. Dove's motion to withdraw as counsel for Plaintiff. In that Order, the Court directed Plaintiff to retain counsel and file a notice of appearance for its new counsel within 21 days pursuant to NDGa, L.R. 83.1(E)(5). That time has come and gone, and Plaintiff has not filed any such notice of appearance or otherwise responded to the Court's Order. Accordingly, the case is hereby **DISMISSED** for failure to obey a lawful order of the Court. *Id.* 41.3(A)(2).

The Clerk is **DIRECTED** to mail this Order to Plaintiff at the address provided by its prior counsel:

> Crisp Logistics, LLC
> 4114 Grand Vista Circle
> Round Rock, TX 78665

**SO ORDERED** this 23rd day of February, 2023.

_____
Steven D. Grimberg
United States District Court Judge