UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRISP LOGISTICS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TIME VIEW, LLC, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:22-cv-00335-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to obey a lawful order of the Court pursuant to 41.3(A)(2).

Dated at Atlanta, Georgia, this 24th day of February, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: _____s/ A, Edwards_____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 24, 2023
Kevin P. Weimer
Clerk of Court

By: _____s/ A. Edwards_____
Deputy Clerk